UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/2024

RICARDO VELASQUEZ,

      Plaintiff,

-against-

MEXICO SPORT CENTER & BICYCLE REPAIR CORP., 2320 HUGHES BH LLC, NASSER ZAR INC., and MEXICO SPORT CENTER & BICYCLE REPAIR,

      Defendants.

1: 24-cv-03273 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

  Plaintiff filed an Amended Complaint on May 29, 2024. [ECF No. 7]. Defendant, without counsel, filed a response on October 18, 2024. [ECF No. 22]. "The law is absolutely clear that a corporation cannot appear pro se in federal court." *Krishiv, LLC v. Mt. Hawley Ins. Co.*, No. 23-CV-2727 (ER), 2023 WL 4931668, at *1 (S.D.N.Y. Aug. 2, 2023) (quoting *Mercu-Ray Indus., Inc. v. Bristol-Myers Co.*, 392 F. Supp. 16, 18 (S.D.N.Y.), aff'd sub nom. *Mercu-Ray Indus., Inc. v. Bristol-Meyers Co.*, 508 F.2d 837 (2d Cir. 1974)). Nor can a corporation appear through a lay representative. *Eagle Assocs. v. Bank of Montreal*, 926 F.2d 1305, 1308 (2d Cir. 1991).

  IT IS HEREBY ORDERED that because corporate Defendant cannot appear *pro se*, counsel must enter an appearance in this case on or before November 18, 2024. IT IS FUTHER ORDERED that because corporate Defendant cannot appear *pro se*, counsel must re-file an answer on or before December 9, 2024.

**SO ORDERED.**

**Date: October 28, 2024**
   **New York, NY**

                          */s/ Mary Kay Vyskocil*
                        **MARY KAY VYSKOCIL**
                        **United States District Judge**